## MEMORANDUM
## TO THE HONORABLE JOHN GLEESON
## UNITE STATES DISTRICT JUDGE

Fax# 347-534-3460

RE: Jordan Ross Belfort

DOCKET NO.: CR 98-859

PACTS #: 22164

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 03 2008 ★
BROOKLYN OFFICE

RECEIVED
NOV - 5 2008
CHAMBERS OF JUDGE GLEESON

### NOTIFICATION OF UPCOMING TERMINATION FROM SUPERVISION

The above-mentioned defendant was sentenced by Your Honor on July 18, 2003, to 48 months imprisonment, and a three year term of supervised release. Special conditions were ordered as follows: 1) the offender shall comply with the order of forfeiture, and restitution; and 2) make full financial disclosure as directed by the Probation Department. The offender was ordered to pay restitution in the amount of $110,362,993.87, with payments to begin one month after release from prison, in the amount of 50% of the offender's gross monthly income. An $800 Special Assessment fee was also ordered. This sentence followed his convictions for Conspiracy to Commit Securities Fraud, Conspiracy to Commit Money Laundering, Securities Fraud, and False Statements.

The purpose of this memorandum is to request the that offender be allowed to terminate from supervision with an unpaid restitution balance. The offender commenced supervision upon his release from prison on April 28, 2006, and has a pending termination date of April 27, 2009. Since his release, he has been supervised by the Probation Department in the Central District of California (CD/CA), based upon his residence in that district. That office has reported that the offender has complied with the Court-ordered restitution payment schedule, and full financial disclosure. To date the offender has paid $790,783 toward restitution and has a balance of $109,572,210. The offender is also in compliance with all other supervision conditions at the time of this writing.

The undersigned officer has also contacted the Financial Litigation Unit of the U.S. Attorney's Office in the Eastern District of New York (FLU/EDNY) for their recommendation regarding the offender's termination from supervision. AUSA Beth Schwartz offered no objections to same. It is noted that FLU will continue to collect on the unpaid restitution as the restitution order is enforceable for a period of up to twenty years from the date of the offender's release.

We await Your Honor's final decision which can be indicated below.

☒ Allow to Terminate as Scheduled on April 27, 2009:

s/John Gleeson

_____    11/10/08
United States District Judge           Date

☐ Other:

_____    _____
United States District Judge           Date

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Stephen Sandford
Senior U.S. Probation Officer

APPROVED BY: _____
Elizabeth Daly
Supervising U.S. Probation Officer

October 28, 2008