

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2013

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    United States of America v. Jordan Ross Belfort,
                Criminal Docket No. CR-98-0859 (EDNY)(JG)

Honorable Judge Gleeson:

      This letter addresses the letter from John T. Kilroy asking to be added to the "Trustee Victim List" and Your Honor's letter in reply. I have reviewed the Trustee Victim List and confirmed that Mr. Kilroy's name and contact information is on that list. Those identified on the Trustee Victim List received compensation from the Trustee and are recognized as victims entitled to restitution for purposes of the above criminal case. The Trustee Victim List was provided to the Clerk of The Court, Eastern District of New York.

On January 31, 2013, I spoke with Mr. Kilroy and advised him of the foregoing. Further, I confirmed with Mr. Kilroy that his contact information, as set forth on the Trustee Victim List, is correct.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:   *s/ Beth P. Schwartz*
        BETH P. SCHWARTZ
        Assistant U.S. Attorney
        (718) 254-6017

cc:  James T. Kilroy
     1132 River Forest Drive
     Maineville, OH 45039