

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 11, 2013

By Hand and ECF

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States of America v. Jordan Ross Belfort,
                 Criminal Docket No. CR-98-0859 (EDNY)(JG)

Dear Judge Gleeson:

      By the attached letter, which is being filed under seal, the United States responds to the Court's October 8 2013 Order directing it to respond to Susan Harrigan's October 4, 2013 letter to the Court regarding the amount of Jordan Belfort's restitution payments, and whether the court-ordered payment plan has changed.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

              By:        /s/
                         BETH P. SCHWARTZ
                         Assistant U.S. Attorney
                         (718) 254-6017

cc:   <u>By email and first class mail</u>
     Robert L. Begleiter,  Esq.
     Schlam, Stone & Dolan LLP
     26 Broadway
     New York, NY 10004

     <u>By ECF and first class mail</u>
     Nicholas M. DeFeis, Esq.
     DeFeis O'Connell & Rose P.C.
     500 Fifth Avenue, 26th Floor
     New York, NY 10110