The Honorable John Gleeson
United States Courthouse
225 Cadman Plaza
East Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 22 2013 ★

BROOKLYN OFFICE

Dear Judge Gleeson,

My name is Anne Koppe, and I am the fiancée of Jordan Belfort. I have been privy to all the correspondence regarding his case for the last few years and a have been a personal witness to the events of the last five years. I feel a need to illuminate the facts as they actually occurred, as it seems there is a lot of misinformation and misleading statements being bandied about.

I will stick with bullet point facts to make this succinct and not take too much of your time. I trust the attorneys to fill in all the gaps.

- The first few years Jordan and I were together we were really struggling. We lived on my credit and had to borrow money to get by and to start up our business
- As soon as we started to make money, Jordan's greatest priority was to settle his fines
- While concurrently trying to finalize an agreement with his judgment he attempted to pay his IRS back taxes and fines. Unfortunately, the case with the IRS was closed and he found it almost impossible to get anyone to work with him to re-open it and pay his fines. He retained an attorney at our expense to get the file re-opened. As soon as we had the money, we paid the fine.
- Simultaneously, he was trying to do anything possible to pay off his judgment. We agreed that Jordan should turn over 100% of all the profits from both the movie and the books. Again, Jordan hired an attorney to proactively contact Beth Schwartz at the US Attorney Office to let her know that his financial situation was improving and that we wanted to pay the fine, which included giving up all his rights to the books and movie.
- His attorney, Greg O'Connell commenced communications with the US Attorneys office to that effect.
- Her first comment was "why did you pay the IRS before the government? You must be trying to pull a fast one." At this point we were confused as we have both been under the assumption that the IRS was a branch of the government, and the fact that we did that in good faith and with much effort should have made the US Attorney more amenable to dealing with us fairly. In addition, Jordan made it clear that any money he paid to the IRS was not going reduce the amount he paid to the US Attorney. He was just trying to pay both. He then had his lawyers tell the Beth Schwartz that he wanted to turn over all intellectual property from the books and the movie, plus make any monthly they agree on.
- Her response was to cut Jordan's offer for the book in half, sending us a formal settlement offer to be signed by Jordan, asking for only 50% of the proceeds of his two books (half of his offer?), plus a monthly fee of $1,500, which was less than he was paying at the time.
- We were confused, to say the least, but Jordan accepted the offer, with only one exception: he insisted on turning over 100% of the proceeds from both books, which are certainly worth many millions of dollars, with the movie coming out, as he thought it wasn't right to profit from this, despite the US Attorney's offer

- We figured that since that we were offering far more than what the US Attorney wanted, the settlement would move forwards. But then, suddenly, the US Attorney went silent and refused to return Jordan's lawyers calls or emails
- However, when she finally reappeared, it was not with her old settlement, but with a baseless accusation that Jordan had a large amount of undeclared money overseas and also that I, his fiancée, didn't really own half the company and maybe didn't even exist.
- Since then, we provided every single thing the US Attorney has asked for. Jordan's attorney even hired a special auditor to go through his books to make sure his financial statements were in perfect order, and that we didn't inadvertently miss something. Yet, for some reason she still wasn't satisfied.
- This has now become a miscarriage of justice of massive proportions. Not only is this a complete waste of taxpayer's money and the US Attorney's time, but it's as if this Assistant US Attorney has it out for Jordan personally. In support of that, when it was it brought to her attention that Jordan's co-defendant in the case, Daniel Porush, whose restitution actually exceeds Jordan's, is purportedly making ten million dollars a year and has paid much, much less than Jordan since they were released from jail, she completely ignored it.
- Jordan is no longer a criminal. He is an exemplary contributor to the economy. He is a taxpayer and a very hard working man.
- It should be noted that with what has become a complete circus of back and forth nonsense, Jordan has continued each month to pay double what the US Attorney laid out in her settlement.

Jordan has turned his life around. Our business and our family rely on his reputation of being an honest and honorable man. An open hearing can only hurt both. No matter how much common sense is exercised, the sensationalism of the media can only hurt. Please consider a closed hearing for the sake of everyone. Jordan has done his time, and has been trying to go above and beyond to pay his fine but he should not be persecuted like a criminal when he is an upstanding citizen.

I appreciate your indulgence in reading my letter. I hope it helps with sorting out some of the facts. At no time did Jordan or I try to slow down or impede this process. It is actually the opposite. We have been pushing to get this finalized harder than any of the attorneys.

Sincerely,

Anne koppe