

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 25, 2013

By Hand and ECF

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States of America v. Jordan Ross Belfort,
             Criminal Docket No. CR-98-0859 (EDNY)(JG)

Dear Judge Gleeson:

      The United States writes to withdraw, without prejudice to renew, the pending motion to hold the defendant, Jordan Belfort, in default, and to respectfully request that the briefing schedule and oral argument be adjourned without date. This request is made to give the United States an opportunity to review documents to be provided by Mr. Belfort, and the parties an opportunity to explore a resolution of outstanding issues. Mr. Belfort joins in this request.

      Accordingly, it is respectfully requested that Your Honor adjourn without date, the briefing schedule requiring Mr. Belfort to submit a response on or before October 31, 2013, the United States to submit its reply on or before November 7, 2013, and the oral argument scheduled for November 22, 2013.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      BETH P. SCHWARTZ
      Assistant U.S. Attorney
      (718) 254-6017

cc: <u>By email and first class mail</u>
````` Robert L. Begleiter, Esq.
Schlam, Stone & Dolan LLP
26 Broadway
New York, NY 10004

Nicholas M. DeFeis, Esq.
DeFeis O'Connell & Rose P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110