Case 1:98-cr-00859-JG   Document 178   Filed 01/30/14   Page 1 of 1 PageID #: 122



# Yale Law School

IAN AYRES
*WILLIAM K. TOWNSEND PROFESSOR*

(203) 432-7101 (VOICE)
(203) 432-4769 (FAX)
ian.ayres@yale.edu
www.ianayres.com

January 24, 2014

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States of America v. Jordan Ross Belfort,
      Criminal Docket No. CR-98-0859 (EDNY)(JG)

Dear Judge Gleeson:

I am writing to request information about whether non-parties to the suit against Jordan Belfort are permitted to contribute to the Restitution Fund established to compensate victims of Belfort's fraud crimes.

Would it be possible for me to submit a personal check addressed to the "United States District Court for the Eastern District of New York" with the case number and docket number specified in the memo line?

If possible, I would like to find a way for people like me to make small contributions to the Restitution Fund. My guess is that some people who have seen "The Wolf of Wall Street" would be willing to make such contributions. I've also approached the producers of the film to see if they would collaborate in sharing part of the film's profits with the fund and might help promote the possibility of viewer donations to the fund.

However, I don't want to unduly add to your administrative burdens—potentially receiving thousands of $1 checks. So I write also to ask the broader question of whether there is a minimum sized contribution that would be reasonable, or whether there is some electronic means whereby the public could more easily contribute and the fund could more easily receive small amounts. If it's easier, please feel free to call my cell at (203) 415-5587 any time or reach me by email at ian.ayres@yale.edu. Time is of the essence, because it would be useful to be able to announce a method of contribution before the Academy Awards on March 2, 2014.

Thanks for your time on this inquiry.

Sincerely,

Ian Ayres