
**CBS TELEVISION DISTRIBUTION**

555 WEST 57TH STREET, SUITE 1300
NEW YORK, NY 10019

(212) 586-1213
(212) 586-1217 FAX

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 26 2014 ★

BROOKLYN OFFICE

March 20, 2014

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Untied States of America v. Jordan Ross Belfort,
Criminal Docket No. CR-98-0859

Dear Judge Gleeson:

I am a producer with the news magazine program Inside Edition and preparing a report on Jordan Belfort. Mr. Belfort pleaded guilty to securities fraud and money laundering in 1999 and was ordered to pay $110 million dollars in restitution.

Since then there has been some questions raised by the US Attorney's office of whether Mr. Belfort is complying with his restitution order. The US Attorney indicated that Mr. Belfort has taken the position that because his term of supervised release has terminated, he is no longer obligated to comply with the court-ordered payment plan.

In addition, Mr. Belfort seems to minimize the damage he's caused his victims. He's been quoted in the press saying, "We were calling very wealthy people, and you weren't losing people's life savings."  I have personally spoken to victims who are still paying the price of Mr. Belfort's crimes and are in no way considered wealthy. Many victims are upset how the recent movie The Wolf of Wall Street glamorized Mr. Belfort life without focusing on the hardships his crimes causes to the victims of Stratton Oakmont.

In this light, I would like to request a copy of the victim's names and corresponding individual damages that Mr. Belfort owes in restitution as a result of his crimes. I would like to report the stories of the many victims who have received little attention and have suffered greatly. I would contact individuals and get their permission to be included in the report.  I make this request in the public interest as a journalist.

Thank you for your consideration.

Sincerely,

Larry Posner
Producer, Inside Edition
212-817-5532
lwposner@cbs.com
555 West 57th St. suite 1300
New York, NY 10019