

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2014

<u>By ECF and Hand</u>
Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States of America v. Jordan Ross Belfort,</u>
           <u>Criminal Docket No. CR-98-0859 (EDNY)(JG)</u>

Dear Judge Gleeson:

      This letter is written to advise the Court that a copy of the Government's letter dated April 2, 2014, responding and objecting to Larry Posner's March 20, 2014 letter requesting victim information, was sent by email and first class mail to Larry Posner. I failed to include his name on the list of those who would be served.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
     BETH P. SCHWARTZ
     Assistant U.S. Attorney
     (718) 254-6017

cc:  <u>By ECF</u>
     Robert L. Begleiter, Esq.
     Schlam, Stone & Dolan LLP
     26 Broadway
     New York, NY 10004

Nicholas M. DeFeis, Esq.
DeFeis O'Connell & Rose P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110

<u>By First Class Mail</u>
Steven B. Caruso, Esq.
Maddox Hargett & Caruso, P.C.
80 Broad Street, 5th Floor
New York, NY 10004

John T. Kilroy
1132 River Forest Drive
Maineville, OH 45039

Diane A. Nygaard, Esq.
Kenner Nygaard DeMarea Kendall, LLC
117 West 20th Street, Suite 201
Kansas City, Missouri 64108

Larry Posner
Producer, Inside Edition
555 West 57th St. Suite 1300
New York, NY 10019

2