January 3, 2018

**WilmerHale**
Sharon Cohen Levin

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

*By ECF*

The Honorable Ann M. Donnelly
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:     *United States v. Belfort,* Case No. 98-cr-00859-AMD

Dear Judge Donnelly:

     As counsel for Defendant Jordan Ross Belfort in the above-referenced matter, I write to clarify the date by which Mr. Belfort must respond to the answer submitted by Delos Living LLC ("Delos"), the garnishee in this matter, with respect to the government's writ of garnishment (the "Answer").

     On December 27, 2017, the Court docketed Delos' Answer. Under the rules, Mr. Belfort is required to respond within twenty (20) days of service of the Answer. Subsequent to the filing of the Answer, the Government stated that the Answer is insufficient and requested that Delos file a supplemental answer. That supplemental answer was to be filed on December 29, 2017. No answer was filed by that date. In the event that Delos did not timely file the supplemental answer requested by the Government, the Government has been granted leave to file a motion to compel Delos' filing of a supplemental answer by January 19, 2018.

     Given that Delos may be compelled to file a supplemental or superseding answer to the government's writ of garnishment, Mr. Belfort respectfully requests that the Court set the date by which Mr. Belfort is required to respond to Delos' answer for twenty (20) days after the supplemental answer is filed or twenty (20) days after the Court determines that Delos need not file a supplemental answer.

Respectfully Submitted,

*/s/ Sharon Cohen Levin*

Sharon Cohen Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. 212-230-8800
Fax 212-230-8888
sharon.levin@wilmerhale.com

     cc:     All counsel (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington