February 12, 2018

**WilmerHale**

**Sharon Cohen Levin**

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

*By ECF*

The Honorable Ann M. Donnelly
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:      *United States v. Belfort*, Case No. 98-cr-00859-AMD

Dear Judge Donnelly:

      As counsel for Defendant Jordan Ross Belfort in the above-referenced matter, I write to respectfully request—due to a conflict with a previously scheduled appearance in another matter—an adjournment of the hearing on the contested garnishment from March 15, 2018 to March 16, 2018, or a time more convenient to the Court.

      Pursuant to Your Honor's Individual Rule 1(F), we provide the following information:

i. The original date of the hearing is March 15, 2018.
ii. The proposed date of the hearing is March 16, 2018. In the alternative, we would propose March 28 or 29, 2018.
iii. This is defendant's first request for an adjournment.
iv. Per (iii), there have been no previous requests for an adjournment.
v. The government has kindly consented and is available March 16, 28, and 29, 2018.

      We thank you for your consideration of this request.

Respectfully Submitted,

s/ Sharon Cohen Levin
Sharon Cohen Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. 212-230-8800
Fax 212-230-8888
sharon.levin@wilmerhale.com

cc:      All counsel (via ECF)