**WilmerHale**

**Sharon Cohen Levin**

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

March 19, 2018

*By ECF*

The Honorable Ann M. Donnelly
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Belfort,* Case No. 98-cr-00859-AMD

Dear Judge Donnelly:

     We write to advise the Court that Mr. Belfort filed a corrected copy of the Defendant's Supplemental Memorandum in Response to the Application for Writ of Continuing Garnishment that was filed on March 16, 2018 (ECF No. 218).  The corrected copy of the memorandum (ECF No. 220) was filed to correct the description of the Termination and Release Agreement dated March 14, 2018, between JB Global Holdings LLC ("JBGH"), and its two principals, Mr. Belfort and Anne Koppe with Delos Living LLC ("Delos").  The Termination and Release Agreement sets forth the post-termination rights and obligations of JBGH and Delos under the Referral Agreement (as defined in our original submission).

     We respectfully request that the Court order that the March 16, 2018 filing (ECF No. 218) be deleted from the docket because the March 19, 2018 corrected filing, ECF No. 220, was filed to replace it.

Respectfully Submitted,

*/s/ Sharon Cohen Levin*           .
Sharon Cohen Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. 212-230-8800
Fax 212-230-8888
sharon.levin@wilmerhale.com

cc:     All counsel (via ECF)