UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

JORDAN ROSS BELFORT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SIMON & SCHUSTER, INC.

                Garnishee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 20 2018 ★
BROOKLYN OFFICE

DISPOSITION ORDER WITH
RESPECT TO $19,472.85
CURRENTLY HELD BY
SIMON & SCHUSTER, INC.

Criminal Case No. 1:98-cr-00859-AMD

WHEREAS, on or about October 7, 2016, Simon & Schuster, Inc. ("Simon & Schuster") and JB Global, Inc. entered into an agreement to publish the literary work entitled "Way of the Wolf" (the "Publishing Agreement");

WHEREAS, on or about April 23, 2018, the government filed an application for a Writ of Continuing Garnishment seeking to garnish "property, including nonexempt disposable earnings, in which . . . Jordan Ross Belfort has a substantial nonexempt interest, including nonexempt disposable earnings" ("Writ of Garnishment");

WHEREAS, on or about April 25, 2018, the Clerk of the Court entered the Writ of Garnishment;

WHEREAS, Simon & Schuster is presently holding $19,472.85 pursuant to the Writ of Garnishment;

IT IS HEREBY AGREED, by the principals of JB Global, Inc., Jordan Ross Belfort and Anne Koppe that only the money currently being held by Simon & Schuster, $19,472.85, be transferred to the Clerk of the Court for distribution pursuant to the terms of the restitution order entered in the matter, *United States v. Belfort,* Case No. 98-cr-00859-AMD.

AGREED AND CONSENTED TO:

BY: _____     8/18/2018
JORDAN ROSS BELFORT                 Date
CFO, JB Global, Inc.

BY: _____     8/18/2018
ANNE KOPPE                        Date
President and Secretary, JB Global, Inc.

SO ORDERED:

s/Ann M. Donnelly

_____     8/20/2018
HON. ANN M. DONNELLY               Date
United States District Judge
Eastern District of New York